EDDIE AKPAN (Plaintiff)
vs.
FIRST PREMIER BANK (Defendant)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
May 1
2009 APR 31  A 10: 23
CLERK'S OFFICE
AT GREENBELT

**EDDIE AKPAN (Plaintiff)**
11729 S. Laurel Dr., #723
Laurel, MD 20708
May 01, 2009

**DKC 09 CV 1120**

**First Premier Bank (Defendant)**
**Attn: F. Dobson**
P.O. Box 5519
Sioux Falls, SD 57117-5519

## STATEMENT OF THE CASE

I, Eddie Akpan (Plaintiff) applied online for First Premier Bank (Defendant) credit card on September 14, 2008. Less than a week later the Defendant sent me a credit card.

The credit card was accompanied by an account statement (included in this suit as **EXHIBIT 1**). The account statement disclosed the following.

1. Credit limit :                       $250
2. Purchases & other charges :          $179
3. Available credit :                   $71

**PROBLEM WITH THE DEFENDANT'S CREDIT CARD BRAND**

At the time I received the Defendant's credit card, I took it at face value that the credit card has $250 available to me hence items (2) and (3) did not make sense to me. I did not have possession of the credit card prior to 09/21/08 and could not have made any purchases for $179 as of 09/17/08. The $179 "purchases and other charges" was utterly frivolous.

I realized this card was a fraud when I tried to use the card to buy food at a restaurant and the cashier told me the card had no money in it. I argued with the cashier that the card was brand new and I had only made purchases worth $67.14 and I had $182.86 on the card. The cashier brushed me aside and asked me to take my "junk credit card" some where else.

In October 2008, barely one month after I applied for the credit card, the Defendant sent me a statement that I owed $284.03 and that I had no credit on the account (**EXHIBIT 2**). In January 2009, the Defendant sent me a statement that I owed $429.18 (**EXHIBIT 3**). In February 2009, I wrote a letter to the Defendant to alert the Defendant of the problem with its credit card (**EXHIBIT 4**). Shortly thereafter, the Defendant placed the disputed account in

my credit report with the credit reporting company Experian. Further, the Defendant unleashed a battalion of account collectors to come after me.

The Defendant is believed to be the **"World's Worst Credit Card?"** (The source of this assertion will come out during the fact finding phase of this law suit). There are more than **180** other customers all over the United States who have been steam-rolled by the Defendant's questionable practices and the number is growing rapidly. The names of all these customers will be revealed during the fact finding phase of this law suit.

**DAMAGE INFLICTED ON THE PLAINTIFF BY THE DEFENDANT**

1. The Defendant's actions have soiled the Plaintiff's credit history so that:

    a. I, the Plaintiff, cannot get loans at prime rates
    b. Any loans I get is at sub-prime rates
    c. I cannot rent apartment without a co-signer and exorbitant deposit
    d. My car insurance rate goes up
    e. My rental insurance rate goes up
    f. Reputable credit card companies cancel my credit card or raise rate
    g. I cannot rent vehicles

2. I planned to participate in the first-time homebuyer program but the Defendant's actions have damaged my chances.

3. The Defendant's actions have inflicted enormous pain and suffering on me from ominous and non-stop harassing phone calls to my work and personal phones by a network of debt collectors deployed by the Defendant. These phone calls come any hour of the day, 7 days a week.

**INDEMNITY SOUGHT**

1. Remove the phony bill from the Plaintiff's credit record.

2. Pay the Plaintiff $50,000 for pain; suffering; economic and opportunity losses; and humiliation suffered following the Defendant's shady business practices.

3. Discontinue the practice of defrauding and lying to customers.

*[Signature]*
EDDIE AKPAN
11729 SOUTH LAUREL DR. #723
LAUREL, MD 20708
301-286-8574