IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDDIE AKPAN                          :

     v.                              :   Civil Action No. DKC 09-1120

                                                                    :

FIRST PREMIER BANK                   :

                                                                     :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 8th day of March, 2010, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion filed by Defendant First Premier Bank to dismiss the complaint (paper 9) BE, and the same hereby IS, GRANTED;

2.   The amended complaint filed by Plaintiff Eddie Akpan (paper 7) BE, and the same hereby IS, DISMISSED; and

3.   The Clerk will transmit copies of the foregoing Memorandum Opinion and this Order to counsel for both parties and CLOSE this case.

                                                    _____/s/_____
                                                      DEBORAH K. CHASANOW
                                                      United States District Judge